UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCHAMBER,

                Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

                Defendant.

Civil Action No.: 1:08-cv-02342

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (a) Novartis Finance Corporation, a New York corporation;

    (b) Novartis Corporation, a New York corporation;

    (c) Novartis Holding, AG, a Swiss company; and

    (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

    (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated: March 31, 2008                                       Respectfully submitted,

                                                            s/ Ethan D. Stein
                                                            Ethan D. Stein (ES-7130)
                                                            EStein@gibbonslaw.com
                                                            Diane E. Lifton (DL-9673)
                                                            GIBBONS P.C.
                                                            A Professional Corporation
                                                            One Pennsylvania Plaza, 37th Floor
                                                            New York, NY 10119-3701
                                                            Phone: 212-613-2000
                                                            Fax: 212-333-5980
                                                            *Counsel for Defendant Novartis Pharmaceuticals Corporation*

                                                            *Of counsel:*
                                                            Joe G. Hollingsworth
                                                            Katharine R. Latimer
                                                            Robert E. Johnston
                                                            SPRIGGS & HOLLINGSWORTH
                                                            1350 I Street, NW, Ninth Floor
                                                            Washington, D.C. 20005
                                                            Phone: (202) 898-5800
                                                            Fax: (202) 682-1639

18

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

>Daniel A. Osborn, Esq.
>Russel H. Beatie, Esq.
>Philip J. Miller, Esq.
>Beatie and Osborn LLP
>521 Fifth Avenue, 34th Floor
>New York, NY 10175

I further certify that on March 31, 2008, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C.<br>269 South Beverly Drive<br>Suite 1156<br>Beverly Hills, CA 90212 | The Offices of Jeffrey C. Bogert<br>501 Colorado Boulevard<br>Suite 208<br>Santa Monica, CA 90401 |

>s/ Ethan D. Stein
>Ethan D. Stein

19